IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON SETTLES**                                                   **PETITIONER**
**ADC #160480**

V.                        **CASE NO. 4:19-CV-638-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                           **RESPONDENT**

## ORDER

I have carefully reviewed the Recommended Disposition (Doc. No. 16) filed by Magistrate Judge Beth Deere. Mr. Settles has not filed objections and the time for doing so has passed. After careful consideration, I adopt the Recommendation in all respects.

Petitioner Quinton Settles's initial and amended petitions for writ of habeas corpus (Doc. Nos. 2, 7) are DISMISSED, WITH PREJUDICE. Additionally, Mr. Settles's motion for default judgment (Doc. No. 13) is DENIED.

IT IS SO ORDERED, this 30th day of December, 2019.

                                                       Billy Roy Wilson_____
                                                       UNITED STATES DISTRICT JUDGE