IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

QUINTON SETTLES                                                          PETITIONER
ADC #160480

V.                      CASE NO. 4:19-CV-638-BRW-BD

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 30th day of December, 2019.


                                          Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE